### J. P. DULANEY v. STATE.

No. A-500.   Opinion Filed March 21, 1911.

Appeal from Jefferson County Court; G. M. Bond, Judge.

Appellant was convicted in county court of Jefferson county on a charge of violating the prohibtory law, and appeals.   Affirmed.

Bridges & Ventrees, for appellant.
Smith C. Matson, Asst. Atty. Gen., for appellee.

PER CURIAM. Upon a careful examination of the record in this case we think the judgment of the court below is correct and should be affirmed, and it is so ordered.

### JOE QUINN v. STATE.

No. A-503.   Opinion Filed March 21, 1911.

Appeal from Pawnee County Court; H. T. Conley, Judge.

Appellant was convicted in the county court of Pawnee county on a charge of violating the prohibitory law, and appeals.   Appeal dismissed.

Fred S. Liscum, for appellant.
Charles West, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for appellee.

PER CURIAM. Notice of appeal was not served on the clerk of the county court as required by section 6949, Snyder's Statutes.   For this reason the appeal is dismissed.